# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 747 |
| | : | |
| ORDER RESCINDING RULES 101, 102, | : | CIVIL PROCEDURAL RULES DOCKET |
| 103, 104, 106, 107, 108, 127, 128, 129, | : | |
| 130, 131, 132, 133, 152, AND 153, AND | : | |
| AMENDING RULES 126, 237.1, 1007.1, | : | |
| 1020, 1601, AND 2225 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2023, upon the recommendation of the Civil Procedural Rules Committee, the proposal having been published for public comment at 51 Pa.B. 5532 (September 4, 2021):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 101, 102, 103, 104, 106, 107, 108, 127, 128, 129, 130, 131, 132, 133, 152, and 153 of the Pennsylvania Rules of Civil Procedure are rescinded, and Rules 126, 237.1, 1007.1, 1020, 1601, and 2225 of the Pennsylvania Rules of Civil Procedure are amended, in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective on January 1, 2024.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.